1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MARTINEZ,<br><br>                  Plaintiff,<br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                  Defendant. | CASE NO. 12-CV-00796-H (NLS)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED** *IN FORMA PAUPERIS* |

On March 30, 2012, Plaintiff Joe Martinez ("Plaintiff") filed a complaint against Defendant seeking judicial review of an administrative denial of a period of disability and disability insurance benefits under the Social Security Act. (Doc. No. 1.) Plaintiff also filed a motion for leave to proceed *in forma pauperis*. (Doc. No. 2.)

**I. Motion to Proceed *In Forma Pauperis***

Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his assets, showing that he is unable to pay filing fees. See 28 U.S.C. § 1915(a). Plaintiff has submitted an affidavit which sufficiently shows that he lacks the financial resources to pay the filing fee. (Doc. No. 2.) The Court, for good cause shown, GRANTS the motion to proceed *in forma pauperis*.

The Clerk is directed to issue a summons as to Plaintiff's complaint (Doc. No. 1) upon Defendant and forward it to Plaintiff along with blank U.S. Marshal Form 285s. Additionally,

the Clerk is directed to provide Plaintiff with a certified copy of this Order and a certified copy of his complaint and the summons for purposes of serving Defendant. Upon receipt of this "IFP Package," Plaintiff is directed to complete the Form 285s as completely and accurately as possible, and to return them to the United States Marshal according to the instructions provided by the Clerk in the letter accompanying the IFP Package. Thereafter, the Court orders the U.S. Marshal to serve a copy of the complaint and summons upon Defendant as directed by Plaintiff on the USM Form 285s. All costs of service are to be advanced by the United States. See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3). After proper service, the Court ORDERS Defendant to reply to Plaintiff's complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a).

**IT IS SO ORDERED.**

Dated: April 6, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT